UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-2636-DMG (JDEx)** | Date | April 7, 2025 |
|---|---|---|---|

| Title | ***Arturo Garcia v. Towne Park, LLC, et al.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION**

On March 26, 2025, Defendant Towne Park, LLC removed this action from the Los Angeles County Superior Court to federal court on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a).  Notice of Removal ("NOR") at 4–5  [Doc. # 1].[1]  The removal statute—28 U.S.C. § 1441(a)—is strictly construed against removal jurisdiction, and if there is any doubt as to the right of removal in the first instance, federal jurisdiction must be rejected.  *Geographic Expeditions, Inc. v. Estate of Lhotka ex rel. Lhotka*, 599 F.3d 1102, 1106–07 (9th Cir. 2010) (citing *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992) (*per curiam*)).  The party seeking removal has the burden to prove that removal is proper.  *Id.*

Under 28 U.S.C. section 1332(a)(2), the Court has original jurisdiction over civil actions between "citizens of a State and citizens or subjects of a foreign state," where the amount in controversy is also met.  Limited liability companies and partnerships are citizens of every state or country in which their owners, members, or partners are citizens.  *See Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (addressing citizenship of LLCs); *Carden v. Arkoma Assoc.*, 494 U.S. 185, 195–96 (1990) (addressing citizenship of partnerships).

Defendant Towne Park has not adequately alleged its citizenship.  The Notice of Removal states that Towne Park is organized under the laws of the state of Maryland with headquarters and offices primarily in Pennsylvania, but it does not establish the citizenship of Towne Park's owners or members.  *See* NOR at 5.

Towne Park is therefore **ordered to show cause** in writing by no later than **April 17, 2025** why this action should not be remanded to the Los Angeles County Superior Court for lack of

---

[1] Page citations herein refer to page numbers inserted by the CM/ECF system.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 25-2636-DMG (JDEx)** | Date | April 7, 2025 |
|---|---|---|---|

| Title | ***Arturo Garcia v. Towne Park, LLC, et al.*** | Page | 2 of 2 |
|---|---|---|---|

subject matter jurisdiction.  Failure to file a timely satisfactory response by this deadline will result
in the remand of this action.

**IT IS SO ORDERED**.

---

CV-90                                  **CIVIL MINUTES—GENERAL**                    Initials of Deputy Clerk <u>DD</u>